# Court of Appeals
# of the State of Georgia

ATLANTA, _December 23, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0158.  KENNETH HOWARD v. THE STATE.**

Kenneth Howard seeks discretionary review of the trial court's order denying his extraordinary motion for new trial.  The trial court's order was entered on October 22, 2013, and Howard filed his application on November 25, 2013.[1]  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Howard filed his application 34 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _12/23/2013_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Howard attempted to file this application on an earlier date, but it could not be accepted at that time because he failed to include the filing fee or sufficient pauper's affidavit as required by OCGA § 5-6-4 and Court of Appeals Rule 31 (d).